

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Lilli M. Heinrich/Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, Jerry Villanueva, William F. Studer, Terri Garcia, Dr. Robert D. Tollen, John Davis III, et al., | § | No. 08-15-00328-CV |
| | § | Appeal from the |
| | § | County Court at Law No. 3 |
| | § | of El Paso County, Texas |
| Appellants, | | |
| | § | (TC# 2004-2313) |
| v. | § | |
| Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, Jerry Villanueva, William F. Studer, Terri Garcia, Dr. Robert D. Tollen, John Davis III, et al./Lilli M. Heinrich, | § | |
| | § | |
| | § | |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellant Lilli M. Heinrich third motion for extension of time within which to file the brief until **June 7, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT LILLI M. HEINRICH BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stewart W. Forbes, the attorney for Appellant Lilli M. Heinrich, prepare the brief and forward the same to this Court on or before June 7, 2016.

IT IS SO ORDERED this 3rd day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.